## ROGER JOHNSON *v.* COMMISSIONER OF CORRECTION
## (AC 28301)

Bishop, Gruendel and Borden, Js.

Submitted on briefs November 15—officially released December 11, 2007

Per Curiam. The appeal is dismissed.

## GLORIA PALMIERI *v.* METCALF'S DRUG STORE, INC.
## (AC 28285)

Flynn, C. J., and McLachlan and Gruendel, Js.

Argued November 26—officially released December 11, 2007

Per Curiam. The judgment is affirmed.